```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 15752
   BRIAN D TAYLOR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8097

---------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 11/30/2006 and was not confirmed.

   The case was dismissed without confirmation 06/20/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
MID AMERICA BANK           CURRENT MORTG          .00          .00           .00
MID AMERICA BANK           MORTGAGE ARRE          .00          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           836.47          .00           .00
RMI/MCSI                   UNSECURED           589.57          .00           .00
RJM AQUISITIONS FUNDING    UNSECURED            53.00          .00           .00
ARONSON FURNITURE          SECURED             200.00          .00           .00
AFNI INC                   UNSECURED         NOT FILED         .00           .00
ARMOR SYSTEMS CORP         UNSECURED         NOT FILED         .00           .00
ARMOR SYSTEMS CORP         UNSECURED         NOT FILED         .00           .00
CAB SERVICES               UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED         .00           .00
MUTUAL HSP SRV             UNSECURED         NOT FILED         .00           .00
MUTUAL HSP SRV             UNSECURED         NOT FILED         .00           .00
NCO FIN/99                 UNSECURED         NOT FILED         .00           .00
NICOR                      UNSECURED           549.93          .00           .00
RMI/MCSI                   UNSECURED         NOT FILED         .00           .00
RMI/MCSI                   UNSECURED         NOT FILED         .00           .00
RMI/MCSI                   UNSECURED         NOT FILED         .00           .00
WELLS FARGO FINANCIAL ~    FILED LATE            .00           .00           .00
MID AMERICA BANK           MORTGAGE ARRE      1800.00          .00           .00
IL DEPT OF HEALTHCARE &    DSO ARREARS        1936.84          .00           .00
IL DEPT OF HEALTHCARE &    UNSECURED            92.92          .00           .00
IL DEPT OF HEALTHCARE &    DSO ARREARS        2734.82          .00           .00
IL DEPT OF HEALTHCARE &    DSO ARREARS        6841.39          .00           .00
IL DEPT OF HEALTHCARE &    UNSECURED          2189.49          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,743.00                        .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15752 BRIAN D TAYLOR
```

```
PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                     ---------------       ---------------
TOTALS                                           .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 09/26/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```